No. D–2525. IN RE DISBARMENT OF BRANDES. Disbarment entered. [For earlier order herein, see 562 U. S. 812.]

No. D–2526. IN RE DISBARMENT OF EHRLICH. Disbarment entered. [For earlier order herein, see 562 U. S. 812.]

No. D–2527. IN RE DISBARMENT OF HEGHMANN. Disbarment entered. [For earlier order herein, see 562 U. S. 812.]

No. D–2528. IN RE DISBARMENT OF UDELL. Disbarment entered. [For earlier order herein, see 562 U. S. 812.]

No. D–2529. IN RE DISBARMENT OF FITZPATRICK. Disbarment entered. [For earlier order herein, see 562 U. S. 812.]

No. D–2530. IN RE DISBARMENT OF HALLOCK. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2531. IN RE DISBARMENT OF DAVIS. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2532. IN RE DISBARMENT OF DEFILIPPO. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2533. IN RE DISBARMENT OF CONDON. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2534. IN RE DISBARMENT OF STEIN. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2535. IN RE DISBARMENT OF TIPLER. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2536. IN RE DISBARMENT OF HATCH. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2537. IN RE DISBARMENT OF MANZINI. Disbarment entered. [For earlier order herein, see 562 U. S. 813.]

No. D–2538. IN RE DISBARMENT OF ZIEGLER. Disbarment entered. [For earlier order herein, see 562 U. S. 814.]

No. 10M110. SEIDEL ET UX. v. RESIDENTIAL FUNDING CO. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.